RECEIVED
NOV 25 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JERMAINE KEYS | CIVIL ACTION 15-1228 |
| VERSUS | JUDGE HAIK |
| ENERGY XXI G O M, LLC | MAGISTRATE JUDGE WHITEHURST |

### RULING

This matter was referred to Magistrate Judge Carol Whitehurst for Report and Recommendation. After full consideration of the record, and noting the absence of objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** the above captioned matter is **DISMISSED, with prejudice, in its entirety** for plaintiff's failure to prosecute and failure to comply with Court orders.

**THUS DONE and SIGNED** on this 24th day of November, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA